**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                           **CRIMINAL ACTION NO. 1:22-cv-11-TBM-RPM**

**CURTIS NAVELLE HARRISON**

<u>**ORDER**</u>

This matter came before the Court on Curtis Navelle Harrison's Motion in Limine *III* [133], Motion in Limine *IV* [134], Motion in Limine *V* [140], and Motion in Limine *to Renew Previously Filed Motion 80* [141]. At the hearing conducted in this matter on April 4, 2023, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning each motion ruled upon.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on April 4, 2023, Harrison's Motion in Limine *III* [133], Motion in Limine *IV* [134], Motion in Limine *V* [140], and Motion in Limine *to Renew Previously Filed Motion 80* [141] are DENIED WITHOUT PREJUDICE.

THIS, the 5th day of April, 2023.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE