**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL NO. 1:22-cr-11-TBM-BWR**
                                                         **CIVIL ACTION NO. 1:26-cv-35-TBM**

**CURTIS NAVELL HARRISON**

**ORDER**

Curtis Navell Harrison filed a Motion to Vacate under 28 U.S.C. § 2255 in which he alleges, among other things, that he received ineffective assistance of counsel. Before considering the Motion to Vacate, the Court finds Harrison's former trial counsel, Robert Glenn Harenski, and Harrison's former appellate counsel, Tom L. Stingley, should be required to respond to his allegations via affidavit. Accordingly:

IT IS ORDERED that Curtis Navell Harrison's former attorneys, Robert Glenn Harenski and Tom L. Stingley, shall file, within one-hundred and twenty days (120) days of this Order, a written affidavit responding to the allegations in the Motion to Vacate, and shall provide a copy of the affidavit to the Government. The Government is directed to furnish the above-referenced attorneys with a copy of this Order and the Motion to Vacate, if they have not received them from the Clerk of Court.

The Court specifically finds that Curtis Navell Harrison has waived his right to claim attorney-client privilege in regard to these proceedings.

IT IS FURTHER ORDERED that the Government shall file its Response to Defendant's Motion to Vacate Under 28 U.S.C. § 2255 within thirty (30) days after defense counsel's affidavits are filed.

This, the 11th day of February, 2025.

                    TAYLOR B. McNEEL
                    UNITED STATES DISTRICT JUDGE